UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Michael J. Monroe ,

Plaintiff(s),

v.

New York State Dept. of Corrections,
C.O. T, C.O. K, Anthony Anucci,

Defendant(s).

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED

SEP 21 2017

_____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

**COMPLAINT**
(Pro Se Prisoner)

**Case No.**  9:17-W-1050
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☐ Yes
☑ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons,
papers filed with the court should therefore **not** contain: an individual's social
security number, taxpayer identification number, or birth date; the name of a
person known to be a minor; or a financial account number. A filing may
include *only*: the last four digits of a social security number or taxpayer-
identification number; the year of an individual's birth; a minor's initials; and the
last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.     **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the
rights guaranteed by the Constitution and laws of the United States. Indicate
below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)
   (federal defendants)
☐ Other (please specify)  _____

II.   **PLAINTIFF(S) INFORMATION**

Name:                     Michael J. Monroe

Prisoner ID #:            16A2258

Place of detention:       Franklin Correctional Facility

Address:                  62 Bare Hill Rd, P.O. Box 10
                          Malone, New York 12953

Indicate your confinement status when the alleged wrongdoing occurred:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

02R0359, 08A5639

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III.   **DEFENDANT(S) INFORMATION**

Defendant No. 1:          Officer K.
                          Name (Last, First)

                          Corrections Officer
                          Job Title

                          Franklin Correctional Facility 62 Bare Hill Rd, P.O. Box 10
                          Work Address

                          Malone              New York           12953
                          City                State              Zip Code

Defendant No. 2:          Officer T.
                          Name (Last, First)

                          Corrections Officer
                          Job Title

Franklin Correctional Facility  62 Bare Hill Rd, P.O. Box 10
Work Address

Malone                    New York          12953
City                      State             Zip Code

Defendant No. 3:   New York State Dept. of Corrections
                   Name (Last, First)

_____
Job Title

The Harriman State Campus, 1220 Washington Ave
Work Address

Albany                    New York          12226-2050
City                      State             Zip Code

Defendant No. 4:   Anthony Anucci
                   Name (Last, First)

Commissioner of Corrections
Job Title

Harriman State Campus Building 2, 1220 Washington Ave
Work Address

Albany                    New York          12226-2050
City                      State             Zip Code

If there are additional defendants, the information requested in this section must
be provided for each person; additional sheets of paper may be used and
attached to this complaint.

IV.   **STATEMENT OF FACTS**

State briefly and concisely the facts supporting your claims. Describe the
events in the order they happened. Your statement of facts should include the
following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the
  specific location in the facility)

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

On June 2, 2017 corrections officer "K." came to the N2 housing unit at 9pm to retrieve me for a urinalysis test. At that time I notified officer K. that I am Muslim and that I was fasting for the month of Ramadan. Officer K. proceeded to bring me down to take the urinalysis in the back of the medical department near the tier hearing office in Franklin Correctional facility. He told me that if I didn't drink some water and provide a urine sample that I would recieve a misbehavior report equal to a positive urinalysis and be put in S.H.U so I complied with the direct order that was given so that I could continue to participate in the Ramadan Services. Then on June 14, 2017 corrections officers officer "T." came to N2 housing unit at around 12pm to retrieve me for another urinalysis test. I again notified this officer that I am muslim and I am fasting for the month of Ramadan this officer also told me that if I didn't drink something and provide

## V.   STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

a urine sample that I was gonna recieve a misbehavior report for a positive dirty urine and possibly be put in the box (S.H.U.) So again in order for me to continue to participate in the Ramadan Services I again had to break my fast and follow the direct order given by the officer So that I could continue to fast and participate in the Ramadan Services.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

## FIRST CLAIM

C.O."T", C.O. "K", NY State Dept. of Corrections, Anthony Anucci violated my First Amendment rights by interfering with free exercise of religion, and to practice my religion correctly

## SECOND CLAIM

Free Exercise Clause. C.O."T", C.O."K", New York State Department of Corrections, Anthony Anucci

## THIRD CLAIM

Fourteenth Amendment, Religious Land Use and Institutionalized Persons Act. C.O."T", C.O."K", New York State Department of Corrections, Anthony Annucci

VI.   **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

I am seeking monetary damages in the amount of $50,000 and proper notification of officers for practicing Muslim inmates during Ramadan

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/15/17                              _Michael Monroe_
                                            Plaintiff's signature
                                            (All plaintiffs must sign the complaint)

(revised 10/2/16)

5